# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Case No. 8:21-CV-369 |
| Plaintiff, | ) ) | DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S |
| vs. | ) ) | FIRST AMENDED COMPLAINT UNDER FED. |
| BNSF RAILWAY COMPANY, | ) ) | R. CIV. P. 12(b)(6) |
| Defendant. | ) | |

Defendant BNSF Railway Company ("BNSF"), according to Fed. R. Civ. P. 12(b)(6), moves the Court for an Order dismissing Plaintiff's First Amended Complaint (Doc. 10) against it in its entirety for the reason that the First Amended Complaint fails to state a claim upon which relief can be granted against BNSF. In the alternative to dismissing the First Amended Complaint in its entirety, it should be dismissed to the extent its claims are based on time-barred conduct under 42 U.S.C. § 2000e-5(e)(1). In support of this Motion, and according to NECivR 7.1(a)(1)(A), BNSF has filed a supporting brief contemporaneously with this Motion.

WHEREFORE, BNSF respectfully requests according to Fed. R. Civ. P. 12(b)(6) that the Court enter an Order dismissing the First Amended Complaint (Doc. 10) against it in its entirety, or in the alternative, dismiss the EEOC's claims based on time-barred conduct under 42 U.S.C. § 2000e-5(e)(1).

DATED this 3rd day of January, 2022.

2

                              BNSF Railway Company,
                              Defendant

By:    */s/ Nichole S. Bogen*
         Nichole S. Bogen, #22552
         Tyler K. Spahn, #25308
         LAMSON DUGAN & MURRAY LLP
         701 P Street, Suite 301
         The Creamery Building
         Lincoln, NE 68508
         Telephone: (402) 397-7300
         Telefax: (402) 475-9411
         nbogen@ldmlaw.com
         tspahn@ldmlaw.com

And

Bryan P. Neal
Holland & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 969-1762
Telefax: (214) 969-1751
bryan.neal@hklaw.com

ATTORNEYS FOR BNSF RAILWAY COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of January, 2022, I electronically filed the foregoing ***Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Under Fed. R. Civ. P. 12(b)(6)*** with the Clerk of the Court using CM/ECF system which sent notification of such filing to the below registered participants:

Lauren W. Johnston
Senior Trial Attorney
U.S. Equal Employment
Opportunity Commission
Oklahoma Area Office
215 Dean A. McGee Ave., Suite 524
Oklahoma City, OK 73102
lauren.johnston@eeoc.gov

                                            By:    */s/ Nichole S. Bogen*
                                                        Nichole S. Bogen