# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | Case No. 8:21-CV-369 |
| Plaintiff, | ) ) | **DEFENDANT'S MOTION TO DISMISS IN PART** |
| vs. | ) ) ) | **PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| **BNSF RAILWAY COMPANY,** | ) ) | |
| Defendant. | ) | |

Defendant BNSF Railway Company ("BNSF") moves the Court to dismiss in part the claims asserted in Plaintiff's Second Amended Complaint. Fed. R. Civ. P. 12(b)(6). In particular, BNSF seeks dismissal of all claims asserted by Plaintiff Equal Employment Opportunity Commission ("EEOC") on behalf of any individual other than Rena Merker. In support of this motion, and pursuant to NECivR 7.1(a)(1)(A), BNSF has filed a supporting brief contemporaneously with this motion.

BNSF respectfully requests that the Court grant this motion and dismiss all claims asserted by EEOC on behalf of any individual other than Rena Merker.

DATED this 13th day of May, 2022.

                                BNSF Railway Company,
                                Defendant

By:    */s/ Nichole S. Bogen*
       Nichole S. Bogen, #22552
       Lily L. Ealey, #27210
       LAMSON DUGAN & MURRAY LLP
       701 P Street, Suite 301
       The Creamery Building
       Lincoln, NE 68508
       Telephone: (402) 475-9400
       Telefax: (402) 397-7824
       nbogen@ldmlaw.com
       lealey@ldmlaw.com

       And

       Bryan P. Neal
       Holland & Knight LLP
       One Arts Plaza
       1722 Routh Street, Suite 1500
       Dallas, TX 75201
       Telephone: (214) 969-1762
       Telefax: (214) 969-1751
       bryan.neal@hklaw.com

       ATTORNEYS FOR BNSF RAILWAY COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of May, 2022, I electronically filed the foregoing ***Defendant's Motion to Dismiss in Part Plaintiff's Second Amended Complaint*** with the Clerk of the Court using CM/ECF system which sent notification of such filing to the below registered participants:

Lauren W. Johnston
Senior Trial Attorney
U.S. Equal Employment
Opportunity Commission
Oklahoma Area Office
215 Dean A. McGee Ave., Suite 524
Oklahoma City, OK 73102
lauren.johnston@eeoc.gov

                                            By:   */s/ Nichole S. Bogen*
                                                          Nichole S. Bogen